# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHARON R. DAVIS                                                                        PLAINTIFF

v.                               NO. 4:16-cv-00073 SWW

NANCY A. BERRYHILL, Acting Commissioner                      DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Sharon R. Davis.

IT IS SO ORDERED this 14th day of March, 2017.

                                                     /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE